# TED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br> )<br> )<br> )<br>Manuel Eudoxio VERDUGO-Osuna, )<br> )<br> )<br> )<br> )<br>  Defendant. )<br> ) | Magistrate Docket No. 25mj5786<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found In The United States |

The undersigned complainant, being duly sworn, states:

On or about October 23, 2025, within the Southern District of California, defendant, Manuel Eudoxio VERDUGO-Osuna, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
JASON LARSON
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON OCTOBER 24, 2025.

HON. VALERIE E. TORRES
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Manuel Eudoxio VERDUGO-Osuna,

## PROBABLE CAUSE STATEMENT

On October 23, 2025, Border Patrol Agents A. Thomas and Agent M. Oleson were performing assigned duties in the Brown Field Station's area of responsibility. Both Agents were in rough duty uniform with all patches and insignia visible.

At 6:10 PM, Agents Thomas and Oleson were hiking a trail in an area known to agents as "Colonel's Ridgeline". As they were hiking the trail they encountered four individuals sitting near a bush. As Agent Thomas and Agent Oleson approached the group, all four individuals stood up and began to flee. Both Agents identified themselves as Border Patrol Agents and pursued the group on foot, giving orders to stop running in both English and Spanish. Agent Thomas and Agent Oleson apprehended all four individuals. Agent Thomas conducted an immigration inspection on the four individuals, including one later identified as defendant Manuel Eudoxio VERDUGO-Osuna. Agent Thomas determined that all four individuals were citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. At 6:15 PM, Agent Thomas arrested all four individuals. This arrest location is approximately seven miles east of the Otay Mesa, California, Port of Entry and half a mile north of the United States/Mexico international boundary.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on October 22, 2025 with an intended destination of Victorville, California.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on March 13, 2025 through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.